RICHARD JEWTRAW, Respondent, v. HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant.—

Judgment affirmed, with costs. Bergan, Coon, Halpern and Imrie, JJ., concur; Foster, P. J., dissents.